EXHIBIT 8– FMCSA MOTOR CARRIER REPORT ON INSURANCE
HISTORY FOR ONE WAY HAULING

# FMCSA Motor Carrier

USDOT Number: **2479972**
Docket Number: **MC858994**
Legal Name: **ONE WAY HAULING EXPRESS CO**



DBA (Doing-Business-As) Name

**Insurance History:**

---

Form: **91X**          Type: **BIPD/Primary**
Policy/Surety Number: **74TRS088600**          Coverage From          **$0**    To:          **$750,000**
Effective Date From:    **09/20/2018**          To: **11/21/2018**          Disposition: **Cancelled**

Insurance Carrier    NATIONAL INDEMNITY COMPANY OF THE SOUTH
Attn:    FILING ADMINISTRATOR
Address:    1314 DOUGLAS STREET, SUITE 1400
OMAHA, NE  68102-1944 US
Telephone:    (866) 720 - 7861      Fax:

---

Form: **91X**          Type: **BIPD/Primary**
Policy/Surety Number: **74TRS088600**          Coverage From          **$0**    To:          **$750,000**
Effective Date From:    **09/20/2018**          To: **10/26/2018**          Disposition: **Replaced**

Insurance Carrier    NATIONAL INDEMNITY COMPANY OF THE SOUTH
Attn:    FILING ADMINISTRATOR
Address:    1314 DOUGLAS STREET, SUITE 1400
OMAHA, NE  68102-1944 US
Telephone:    (866) 720 - 7861      Fax:

---

Form: **91X**          Type: **BIPD/Primary**
Policy/Surety Number: **74TRS088600**          Coverage From          **$0**    To:          **$750,000**
Effective Date From:    **10/26/2018**          To: **05/05/2019**          Disposition: **Cancelled**

Insurance Carrier    NATIONAL INDEMNITY COMPANY OF THE SOUTH
Attn:    FILING ADMINISTRATOR
Address:    1314 DOUGLAS STREET, SUITE 1400
OMAHA, NE  68102-1944 US
Telephone:    (866) 720 - 7861      Fax:

---

Form: **91X**          Type: **BIPD/Primary**
Policy/Surety Number: **74TRS100541**          Coverage From          **$0**    To:          **$750,000**
Effective Date From:    **05/05/2019**          To: **06/14/2019**          Disposition: **Replaced**

Insurance Carrier    NATIONAL INDEMNITY COMPANY OF THE SOUTH
Attn:    FILING ADMINISTRATOR
Address:    1314 DOUGLAS STREET, SUITE 1400
OMAHA, NE  68102-1944 US
Telephone:    (866) 720 - 7861      Fax:

---

# FMCSA Motor Carrier

USDOT Number: **2479972**
Docket Number: **MC858994**
Legal Name:  **ONE WAY HAULING EXPRESS CO**

DBA (Doing-Business-As) Name



**Insurance History:**

---

Form:  **91X**          Type: **BIPD/Primary**
Policy/Surety Number: **Z-35726**      Coverage From      **$0**   To:   **$1,000,000**
Effective Date From:  **06/14/2019**    To: **10/12/2019**    Disposition: **Cancelled**

Insurance Carrier   OLD REPUBLIC INSURANCE COMPANY
Attn:
Address:   307 N. MICHIGAN AVE. 17TH FLOOR
CHICAGO, IL  60601 US
Telephone:  (800) 621 - 0365     Fax:  (724) 834 - 4025

---

Form:  **91X**          Type: **BIPD/Primary**
Policy/Surety Number: **ISAH25290112**    Coverage From    **$0**   To:   **$1,000,000**
Effective Date From:  **10/01/2019**    To: **11/01/2020**    Disposition: **Cancelled**

Insurance Carrier   ACE AMERICAN INSURANCE COMPANY
Attn:   VIRGINIA BOYLES
Address:   436 WALNUT STREET
PHILADELPHIA, PA  19106 US
Telephone:  (800) 433 - 0385     Fax:  (215) 640 - 4986

---

Form:  **91X**          Type: **BIPD/Primary**
Policy/Surety Number: **ISAH25290112**    Coverage From    **$0**   To:   **$1,000,000**
Effective Date From:  **10/01/2019**    To: **10/05/2020**    Disposition: **Replaced**

Insurance Carrier   ACE AMERICAN INSURANCE COMPANY
Attn:   VIRGINIA BOYLES
Address:   436 WALNUT STREET
PHILADELPHIA, PA  19106 US
Telephone:  (800) 433 - 0385     Fax:  (215) 640 - 4986

---

Form:  **91X**          Type: **BIPD/Primary**
Policy/Surety Number: **ISAH25290112**    Coverage From    **$0**   To:   **$1,000,000**
Effective Date From:  **10/01/2019**    To: **10/01/2019**    Disposition: **Replaced**

Insurance Carrier   ACE AMERICAN INSURANCE COMPANY
Attn:   VIRGINIA BOYLES
Address:   436 WALNUT STREET
PHILADELPHIA, PA  19106 US
Telephone:  (800) 433 - 0385     Fax:  (215) 640 - 4986

---