IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| FREDDIE CAGLE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.: |
| | ) | 1:23-CV-140-RWS |
| v. | ) | |
| | ) | |
| NATIONAL INDEMITY COMPANY | ) | |
| OF THE SOUTH, and OLD REPUBLIC | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## OLD REPUBLIC INSURANCE COMPANY'S NOTICE TO WITHDRAW MOTION TO DISMISS

COMES NOW, Defendant Old Republic Insurance Company ("Old Republic") by and through the undersigned counsel of record, and hereby WITHDRAWS Old Republic's Motion to Dismiss filed on August 17, 2023. Accordingly, the Clerk of Court is requested to mark the Motion to Dismiss as WITHDRAWN.

This 18th day of September, 2023.

*(Signature on following page)*

Respectfully submitted,

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

By:   */s/ Benjamin Yancey*
      Terry O. Brantley
      Georgia Bar No. 078361
      Benjamin Yancey
      Georgia Bar No. 886446
      *Attorneys for Old Republic Insurance Company*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309-3231
(404) 874-8800
(404) 888-6199 [facsimile]
terry.brantley@swiftcurrie.com
ben.yancey@swiftcurrie.com

## CERTIFICATION PURSUANT TO L.R. 7.1D

Pursuant to Northern District of Georgia Local Rule 7.1D, the undersigned counsel for Defendant hereby certifies that the above and foregoing submission is a computer document prepared in Times New Roman (14 point) font and in accordance with Local Rule 5.1B.

This 18th day of September, 2023.

             **SWIFT, CURRIE, McGHEE & HIERS, LLP**

        By: */s/ Benjamin Yancey*
           Terry Brantley
           Georgia Bar No. 078361
           Benjamin Yancey
           Georgia Bar No. 886446
           *Attorneys for Old Republic Insurance Company*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309-3231
(404) 874-8800
(404) 888-6199 [facsimile]
terry.brantley@swiftcurrie.com
ben.yancey@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing pleading with the Clerk of the Court via the Court's electronic filing system which will automatically send e-mail notification of such filing to all counsel of record.

This 18th day of September, 2023.

                            Respectfully submitted,

                            **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                            By:   */s/ Benjamin Yancey*
                                   Terry O. Brantley
                                   Georgia Bar No. 078361
                                   Benjamin Yancey
                                   Georgia Bar No. 886446
                                   *Attorneys for Old Republic Insurance Company*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309-3231
(404) 874-8800
(404) 888-6199 [facsimile]
terry.brantley@swiftcurrie.com
ben.yancey@swiftcurrie.com

4889-7122-1120, v. 1