FORM MCS-90    Revised 01/05/2017    OMB No.: 2126-0008    Expiration: 01/31/2020

USDOT Number: _____    Date Received: _____

A Federal Agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The OMB Control Number for this information collection is 2126-0008. Public reporting for this collection of information is estimated to be approximately 2 minutes per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information. All responses to this collection of information are mandatory. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:Information Collection Clearance Officer, Federal Motor Carrier Safety Administration, MC-RRA, Washington, D.C. 20590.

United States Department of Transportation
**Federal Motor Carrier Safety Administration**

## Endorsement for Motor Carrier Policies of Insurance for Public Liability under Sections 29 and 30 of the Motor Carrier Act of 1980

# FORM MCS-90

Issued to: **ONE WAY HAULING EXPRESS CO.**    of    **HIALEAH GARDENS, FL 33018**
(Motor Carrier name)    (Motor Carrier state or province)

Dated at: **Omaha, NE**    on this **29th** day of **April**, **2019**

Amending Policy Number: **74TRS100541**    Effective Date: **05/05/2019**

Name of Insurance Company: **National Indemnity Company of the South**

Countersigned by: *Tom Y——*
(authorized company representative)

The policy to which this endorsement is attached provides primary or excess insurance, as indicated for the limits shown (check only one):

[X] This insurance is primary and the company shall not be liable for amounts in excess of $ **750,000 CSL** for each accident.

[ ] This insurance is excess and the company shall not be liable for amounts in excess of $ _____ for each accident in excess of the underlying limit of $ _____ for each accident.

Whenever required by the Federal Motor Carrier Safety Administration(FMCSA), the company agrees to furnish the FMCSA a duplicate of said policy and all its endorsements. The company also agrees, upon telephone request by an authorized representative of the FMCSA, to verify that the policy is in force as of a particular date. The telephone number to call is: **402-916-3000**.

Cancellation of this endorsement may be effected by the insurer or the insured motor carrier(1) by giving thirty-five (35) days' notice in writing to the other (35 days' notice shall commence to run from the date the notice is transmitted proof of transmission shall be sufficient proof of notice), and (2) if the insured motor carrier is subject to the FMCSA's registration requirements under 49 U.S.C. 13901, by providing thirty (30) days' notice to the FMCSA (30 days' notice to commence from the date the notice is received by the FMCSA at its office in Washington, DC).

Filings must be transmitted online via the Internet at http://www.fmcsa.dot.gov/urs.

*(continued on next page)*

FORM MCS-90 Page 1 of 3

NICO 000007