| 74TRS088600 | | |
|---|---|---|
| RENEWAL NUMBER | **NATIONAL INDEMNITY COMPANY OF THE SOUTH** | ☐ The Declarations include a second part designated "Part 2". |
| CROSS REFERENCE NUMBER | NORTH LIBERTY, IOWA | |
| **74 TRS 100541** | **BUSINESS AUTO COVERAGE DECLARATIONS** | |

**ITEM ONE** NAMED INSURED & ADDRESS
ONE WAY HAULING EXPRESS CO.
8711 NW 108 STREET
HIALEAH GARDENS, FL 33018

Producer
A & L Insurance Carrier Inc
11117 W. Okeechobee Rd. Suite 201
Hialeah, FL 33018

FORM OF NAMED INSURED'S BUSINESS: Corporation

NAMED INSURED'S BUSINESS: TRUCKER

POLICY PERIOD: Policy covers FROM 05/05/2019 12:01 AM TO 05/05/2020 12:01 A.M. Standard Time at the Named Insured's Address stated above.

**ITEM TWO - SCHEDULE OF COVERAGES AND COVERED AUTOS**
This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Business Auto Coverage Form next to the name of the coverage.

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from the COVERED AUTOS Section of the Business Auto Coverage Form shows which autos are covered autos) | LIMIT OF INSURANCE THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|
| LIABILITY | 7 | $ 1,000,000 CSL | $ |
| PERSONAL INJURY PROTECTION (P.I.P.) (or equivalent No-fault coverage) | 7 | SEPARATELY STATED IN EACH P.I.P. ENDORSEMENT MINUS $ Deductible | $ |
| ADDED P.I.P. (or equivalent added No-fault cov.) | | SEPARATELY STATED IN EACH ADDED P.I.P. ENDORSEMENT | $ |
| PROPERTY PROTECTION INSURANCE (P.P.I.) (Michigan only) | | SEPARATELY STATED IN THE P.P.I. ENDORSEMENT MINUS $ Deductible FOR EACH ACCIDENT | $ |
| AUTO MEDICAL PAYMENTS | | $ | $ |
| UNINSURED MOTORISTS | 7 | $ 20,000 CSL (BI Only) | $ |
| UNDERINSURED MOTORISTS (when not included in Uninsured Motorists coverage) | | $ | $ |
| **PHYSICAL DAMAGE INSURANCE** | | | |
| COMPREHENSIVE COVERAGE | | $ | $ |
| SPECIFIED CAUSES OF LOSS | | $ | $ |
| COLLISION COVERAGE | | $ | $ |
| TOWING AND LABOR | | $ Deductible FOR EACH COVERED AUTO | $ |
| FORMS AND ENDORSEMENTS CONTAINED IN THIS POLICY AT ITS INCEPTION See M4572 (12/1994) | | PREMIUM FOR ENDORSEMENTS | $ |
| | | ESTIMATED TOTAL PREMIUM | $ |

ENTER SYMBOL 10 DESCRIPTION HERE:

POLICY SUBJECT TO A FULLY EARNED POLICYWRITING MINIMUM PREMIUM OF $ ▇▇▇ IF CANCELLED BY THE INSURED.

**ITEM THREE - SCHEDULE OF COVERED AUTOS**   AS ATTACHED

Countersigned At   Hull & Company, Inc.
St. Petersburg, FL                                    By _____

In Witness whereof, we have caused this policy to be executed and attested.

AUTHORIZED SIGNATURE

*[signature]*                                          *[signature]*
Secretary                                              President

M-5605 (02/2011)

NICO 000024