|  |  |
|---|---|
| **From:** | ganddb_efile_notice@gand.uscourts.gov |
| **To:** | CourtMail@gand.uscourts.gov |
| **Subject:** | Activity in Case 2:21-cv-00052-RWS Cagle v. Wesco Insurance Company et al Clerks Entry of Default |
| **Date:** | Friday, October 29, 2021 12:03:04 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

The Court is now live on NextGen CM/ECF. To continue e-filing, all registered attorneys must have an individual, upgraded PACER account. In addition, attorneys who registered for e-filing in this court prior to April 15, 2019, must link their individual, upgraded PACER account to their legacy CM/ECF account. Details may be found on our website.

**U.S. District Court**

**Northern District of Georgia**

## Notice of Electronic Filing

The following transaction was entered on 10/29/2021 at 12:01 PM EDT and filed on 10/29/2021

| | |
|---|---|
| **Case Name:** | Cagle v. Wesco Insurance Company et al |
| **Case Number:** | 2:21-cv-00052-RWS |
| **Filer:** | AC Nationwide Transport, LLC |
| | Ariel Calzada |
| | Isabel Cordero |
| | One Way Hauling Express Company |
| **Document Number:** | No document attached |

**Docket Text:**
**Clerks Entry of Default as to AC Nationwide Transport, LLC, Ariel Calzada, Isabel Cordero, One Way Hauling Express Company. (ddm)**

**2:21-cv-00052-RWS Notice has been electronically mailed to:**

Andrew Quinn Gould    agould@smf-law.com

Benjamin Harbin    bharbin@wachp.com

Benjamin Joseph Yancey    ben.yancey@swiftcurrie.com, brandi.jones@swiftcurrie.com

Brian Fitzgerald Williams     bwilliams@wachp.com

Danny Ray Ellis     danny@truckwreckjustice.com, jennifer@truckwreckjustice.com, jputnam@truckwreckjustice.com, kristi@truckwreckjustice.com

Elizabeth G. Howard     egh@bayatl.com, jtl@bayatl.com, nds@bayatl.com, vjw@bayatl.com

Jonathan M. Adelman     jadelman@wachp.com, vfinch@wachp.com

Marci Joel     mj@bayatl.com

Mark William Alexander     malexander@smf-law.com, agould@smf-law.com, cstephens@smf-law.com, dsmith@smf-law.com, rparson@smf-law.com

Reynolds E. Pitts , Jr.     rpitts@fainmajor.com, sroman@forthepeople.com, ssalinas@fainmajor.com

Robert A. Luskin     rluskin@gm-llp.com, dasbury@gm-llp.com, lthomas@gm-llp.com

Terry O. Brantley     terry.brantley@swiftcurrie.com, brittney.walden@swiftcurrie.com, keonna.pickett@swiftcurrie.com

Tracy A. Yaun     tyaun@gm-llp.com

William Allred     wsa@bayatl.com, egh@bayatl.com, jtl@bayatl.com, nds@bayatl.com, vjw@bayatl.com

**2:21-cv-00052-RWS Notice has been delivered by other means to:**