# EXHIBIT 7



# Authority History

| US DOT: | 2479972 | Docket Number: | MC00858994 |
|---|---|---|---|
| Legal Name: | ONE WAY HAULING EXPRESS CO | | |

| Sub | Auth Type | Original Action | | Disposition | |
|---|---|---|---|---|---|
| | MOTOR PROPERTY COMMON CARRIER | REINSTATED | 05/12/2016 | | |
| | MOTOR PROPERTY COMMON CARRIER | GRANTED | 04/29/2014 | **REVOKED** | 01/06/2016 |

Carrier Details   Active/Pending Insurance   Rejected Insurance   Insurance History   Pending Application   Revocation

March 8, 2024

FMCSA Home | DOT Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins | Related Sites | Help

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 - 1-800-832-5660 - TTY: 1-800-877-8339 - Field Office Contacts

https://li-public.fmcsa.dot.gov/LIVIEW/pkg_carrquery.prc_authorityhistory                1/1