# EXHIBIT 15

**From:** Kelli Collins <Kelli_Collins@ryder.com>
**Sent:** Thursday, August 15, 2019 2:24 PM
**To:** Donald B Golden <Donald_B_Golden@ryder.com>; Ryder <Ryder@aon.com>
**Cc:** Mario A. Cotarelo <Mario_A_Cotarelo@ryder.com>
**Subject:** RE: One Way Hauling - double filings

Mario we can do the filing.
The filing will be effective: 6/14/2019
AON please issue the filing.



**U.S. Department of Transportation**
**Federal Motor Carrier Safety Administration**
**Licensing and Insurance Public**

**Insurance History**

| US DOT: | 2479972 | Docket Number: | MC00858994 |
| --- | --- | --- | --- |
| Legal Name: | ONE WAY HAULING EXPRESS CO | | |

| Form | Type | Insurance Carrier | Policy/Surety | Coverage From | Coverage To | Effective Date From | Effective Date To |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 91X | BIPD/Primary | NATIONAL INDEMNITY COMPANY OF THE SOUTH | 74TRS088600 | $0 | $750,000 | 10/26/2018 | 05/05/2019 Cancelled |
| 91X | BIPD/Primary | NATIONAL INDEMNITY COMPANY OF THE SOUTH | 74TRS088600 | $0 | $750,000 | 09/20/2018 | 11/21/2018 Cancelled |

**Kelli Collins**
Sr. Underwriter,
Ryder Fleet Protection Solutions
**Ryder System, Inc**.
6000  Windward Parkway
Alpharetta, GA 30005
T 770.521.2676
F 770-569-6930
Kelli_Collins@Ryder.com
www.ryder.com
**Internal Only Quick Quoter for Price Indications** https://ryderfms--c.na61.visual.force.com/apex/InsuranceQuoterVF?id=0050d000006gKED  (Firefox or Chrome Internet browsers)

FLEET MANAGEMENT  |  DEDICATED TRANSPORTATION  |  SUPPLY CHAIN SOLUTIONS





**From:** Kelli Collins
**Sent:** Thursday, August 15, 2019 3:17 PM
**To:** Donald B Golden <Donald_B_Golden@ryder.com>; Ryder <Ryder@aon.com>

**Cc:** Mario A. Cotarelo <Mario_A_Cotarelo@ryder.com>
**Subject:** RE: One Way Hauling - double filings

Whom is their insurance provider.  If it is Progressive or Hallmark they will not allow split fleets.

If Ryder can do the filing for everything that operates under their DOT filing and they would hold Ryder harmless for any damages the occurred to the non-Ryder units and keep them insured with their current carrier.

Please advise if they want us to do the filing it can be effective today if need be or we can back date to when they got the Ryder units.

**Kelli Collins**
Sr. Underwriter,
Ryder Fleet Protection Solutions
**Ryder System, Inc**.
6000  Windward Parkway
Alpharetta, GA 30005
T 770.521.2676
F 770-569-6930
Kelli_Collins@Ryder.com
www.ryder.com
**Internal Only Quick Quoter for Price Indications** https://ryderfms--c.na61.visual.force.com/apex/InsuranceQuoterVF?id=0050d000006gKED  (Firefox or Chrome Internet browsers)

FLEET MANAGEMENT  I  DEDICATED TRANSPORTATION  I  SUPPLY CHAIN SOLUTIONS



**From:** Donald B Golden <Donald_B_Golden@ryder.com>
**Sent:** Thursday, August 15, 2019 2:47 PM
**To:** Kelli Collins <Kelli_Collins@ryder.com>
**Cc:** Mario A. Cotarelo <Mario_A_Cotarelo@ryder.com>
**Subject:** One Way Hauling - double filings

Good afternoon Kelli. To follow up the messages that Mario and I have left you this week, this is an extremely urgent matter that we need your assistance with. Our client, One Way Hauling Express, leases 5 tractors with us and has our coverage for both liability and physical damage. The insurance company who insures their non-Ryder vehicles has told our client that they will either charge them for duplicate insurance

coverage on our lease vehicles or cancel their insurance on their non-Ryder vehicles since they do the filings for them. Either way, they could possibly be put out of business. Your help on this matter is greatly appreciated. Thanks much.
Regards,
Don Golden

**Donald B. Golden** | Inside Business Development Manager
(c) 518.496.4887 | Donald_B_Golden@Ryder.com
Ryder System, Inc.  |  6000 Windward Pkwy  |  Alpharetta, GA 30005





**From:** ONE WAY DISPATCH <one.wayhaulingexpress@gmail.com>
**Sent:** Thursday, August 15, 2019 2:10 PM
**To:** Donald B Golden <Donald_B_Golden@ryder.com>
**Subject:** Re: insurance question

**RYDER CAUTION:** This email originated from outside of the organization.

Perfect thank you so much

On Thu, Aug 15, 2019 at 2:06 PM Donald B Golden <Donald_B_Golden@ryder.com> wrote:
Good afternoon Yadiel, we sure will. Both Mario and I are working with our Safety and Loss Prevention Team to see if we can do the double filing for you as well.
Also, I do know that Mario spoke with your father on this earlier this week and we're working to get everything resolved. As always, we appreciate your business. Have a great afternoon.
Regards,
Don Golden

**Donald B. Golden** | Inside Business Development Manager

(c) 518.496.4887 | Donald_B_Golden@Ryder.com
Ryder System, Inc.  |  6000 Windward Pkwy  |  Alpharetta, GA 30005





**From:** ONE WAY DISPATCH <one.wayhaulingexpress@gmail.com>
**Sent:** Thursday, August 15, 2019 2:00 PM
**To:** Donald B Golden <Donald_B_Golden@ryder.com>
**Subject:** Re: insurance question

**RYDER CAUTION:** This email originated from outside of the organization.

Don let me know when you speak with her how everything turns out thank you

On Thu, Aug 15, 2019 at 1:59 PM ONE WAY DISPATCH <one.wayhaulingexpress@gmail.com> wrote:
 Liz (786) 350-0210

 On Mon, Aug 12, 2019 at 4:48 PM Donald B Golden <Donald_B_Golden@ryder.com> wrote:
  Good afternoon Yadiel, good to speak with you earlier today. With regard to the insurance question as it relates to your cargo insurance and your MC number, if you can please forward the name and contact information of woman I spoke with earlier in your office, I'd be glad to reach out to her and provide her with any information she needs.
  As always, we appreciate your business. Have an enjoyable evening.
  Regards,
  Don Golden

**Donald B. Golden** | Inside Business Development Manager
(c) 518.496.4887 | Donald_B_Golden@Ryder.com
Ryder System, Inc.  |  6000 Windward Pkwy  |  Alpharetta, GA 30005





The information contained in this electronic communication and any accompanying document is confidential, may be
attorney-client privileged, and is intended only for the use of the addressee. It is the property of Ryder System,
Inc. Unauthorized use, disclosure or copying of this communication, or any part of it, is strictly prohibited and
may be unlawful.  If you have received this communication in error, please notify the sender immediately by return
email, and destroy this communication and all copies of it, including all attachments. Electronic communication
may be susceptible to data corruption, interception and unauthorized tampering and Ryder disclaims all liability
of any kind for such actions or any consequences that may arise directly or indirectly therefrom.
--
*«´¨`•°THANK YOU °•´¨`»*

   Operations Manager

ORIC00011