# EXHIBIT 17

### Re: FILING REQUEST - BMC91X & MCS90 - ONE WAY HAULING EXPRESS CO

**Mallory Collins** to: Ryder

08/16/2019 02:49 PM

From: Mallory Collins/ORRM
To: "Ryder" <Ryder@aon.com>

Please see the attached for the requested filing and endorsement. Thanks!

 

BMC-91X - One Way Hauling Express Co.pdf   MCS-90 - One Way Hauling Express Co.pdf

**Mallory Collins**
Policy Production Associate Supervisor

T: 262-957-2702
MCollins@orrm.com
Old Republic Risk Management | Old Republic Insurance Group
445 S. Moorland Road | Brookfield, WI 53005
www.orrm.com

"Ryder" ---08/15/2019 03:09:56 PM---This message originated from outside your organization Hi,

From:    "Ryder" <Ryder@aon.com>
To:      "mcollins@orrm.com" <mcollins@orrm.com>
Date:    08/15/2019 03:09 PM
Subject: FILING REQUEST - BMC91X & MCS90 - ONE WAY HAULING EXPRESS CO
Sent by: "Mario Tafoya Jr" <mario.tafoya@aon.com>

**This message originated from outside your organization**

Hi,

Please issue BMC91x & MCS90 for below customer effective 6/14/19.

ONE WAY HAULING EXPRESS CO
8711 NW 108 ST
HIALEAH GARDEN FL 33018

DOT# 2479972
MC# 858994

**ORIC00005**



Thanks,

The Ryder Service Team

Mario Tafoya
866-747-5648

***This email address is for communication purposes only. All requests (i.e. Certificates, Auto ID Cards, Filings, etc.) are to be emailed to Ryder@aon.com or faxed to 800.304.9347 for processing. To report claims please call 800-753-8808.***

ORIC00006