# EXHIBIT 19



# BUSINESS AUTO

# INSURANCE POLICY

Policyholder Issuing and Servicing Office:

Old Republic Risk Management, Inc.
445 South Moorland Road, Suite 300
Brookfield, WI  53005
Tel: (877) 797-3400
Fax: (262) 797-0486



J-01 (01/16)

INSURANCE IS PROVIDED BY
THE COMPANY DESIGNATED ON THE DECLARATION PAGE

**IN WITNESS WHEREOF,** we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

**OLD REPUBLIC INSURANCE COMPANY**
133 Oakland Avenue
Greensburg, Pennsylvania 15601
A Stock Company

*Secretary*

*President*

J-01 (01/16)

# OLD REPUBLIC INSURANCE COMPANY

## BUSINESS AUTO DECLARATIONS

**POLICY NUMBER**
Z  35726 40

Z  35726 39
**PREVIOUS POLICY NUMBER ***

**Policyholder Service Office:**
Old Republic Risk Management, Inc.
445 South Moorland Road, Suite 300
Brookfield, WI  53005   (877) 797-3400

**Producer: *** #508
Aon Risk Solutions
Chicago, IL

**ITEM ONE**

**NAMED INSURED:** Ryder System, Inc. (See Form ORRM 2009)
**MAILING ADDRESS: *** 11690 NW 105th Street
Miami, FL 33178

**POLICY PERIOD: *** From: 10/01/18   To: 10/01/19   at 12:01 A.M. Standard Time at your mailing address shown above.

**FORM OF BUSINESS: ***
[X] CORPORATION   [ ] INDIVIDUAL   [ ] LIMITED LIABILITY COMPANY   [X] PARTNERSHIP   [ ] OTHER _____

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**ITEM TWO**
**SCHEDULE OF COVERAGES AND COVERED AUTOS**

This policy provides only those coverages where a charge is shown in the premium column below.  Each of these coverages will apply only to those "autos" shown as covered "autos".  **"Autos"** are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos section of the Business Auto Coverage Form next to the name of the coverage.

| COVERAGES | COVERED AUTOS | LIMIT ***See Deductible Endorsement | PREMIUM |
|---|---|---|---|
| COVERED AUTOS LIABILITY | 1, 14 | $ 1,000,000 | |
| PERSONAL INJURY PROTECTION (Or Equivalent No-fault Coverage) | 13* | SEPARATELY STATED IN EACH P.I.P. ENDORSEMENT MINUS $ *** DED. | |
| ADDED PERSONAL INJURY PROTECTION (Or Equivalent Added No-fault Coverage) | | SEPARATELY STATED IN EACH ADDED P.I.P. ENDORSEMENT. | |
| PROPERTY PROTECTION INSURANCE (Michigan Only) | 13* | SEPARATELY STATED IN THE P.P.I. ENDORSEMENT MINUS $ *** DED. FOR EACH ACCIDENT. | |
| AUTO MEDICAL PAYMENTS | 12 | $ See Form CA 508 012 1011   EACH INSURED | |
| MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia Only) | 12 | SEPARATELY STATED IN THE MEDICAL EXPENSE AND INCOME LOSS BENEFITS ENDORSEMENT. | |
| UNINSURED MOTORISTS | 10 | $ See Form CA 508 014 1018 | |
| UNDERINSURED MOTORISTS (When not included in Uninsured Motorists Coverage) | 11 | $ See Form CA 508 014 1018 | |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $ DED. FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. See ITEM FOUR for Hired or Borrowed "Autos". | |
| PHYSICAL DAMAGE SPECIFIED CAUSES OF LOSS COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $ DED. FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. See ITEM FOUR for Hired or Borrowed "Autos". | |
| PHYSICAL DAMAGE COLLISION COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $ DED. FOR EACH COVERED AUTO. See ITEM FOUR for Hired or Borrowed "Autos". | |
| PHYSICAL DAMAGE TOWING AND LABOR | | $ For Each Disablement Of A Private Passenger "Auto". | |

*See Form CA 508 010 1011

| PREMIUM FOR ENDORSEMENTS |
|---|
| MICHIGAN CCA SURCHARGE |
| ASSESSMENTS, SURCHARGES AND FEES Not applicable in Puerto Rico |
| **ESTIMATED TOTAL PAYABLE |

Total Shown Is Payable At Inception: $ _____

** This policy may be subject to final audit.

**AUDIT PERIOD** (if applicable)   [ ] ANNUALLY   [ ] SEMI-ANNUALLY   [ ] QUARTERLY   [ ] MONTHLY

**ENDORSEMENTS ATTACHED TO THIS POLICY:** =   See  Forms Index

**COUNTERSIGNED *** 10/19/18                    **BY ***  *Gary Vieo*
(Date)                                                   (Authorized Representative)

* Entry optional if shown in the Common Policy Declarations.
= Forms and Endorsements applicable to this Coverage Part/policy omitted if shown elsewhere in the policy.
   THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE
      FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

CA DEC GN 0003 01 16       Includes copyrighted material from Insurance Services Office, Inc. used with its permission.                Page 1 of 5

Z 35726 40       Ryder System, Inc.       10/01/2018 - 10/01/2019                                                    **ORIC00022**

**BUSINESS AUTO DECLARATIONS (Continued)**

**ITEM THREE**
**SCHEDULE OF COVERED AUTOS YOU OWN**

| Covered Auto No. | Covered Auto Description ||||||
|---|---|---|---|---|---|---|
| | Year | Model | Trade Name | Body Type | Serial Number (S) | Vehicle ID Number (VIN) |
| 1 | ON | FILE | WITH | THE | COMPANY | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |

| Covered Auto No. | Purchased ||| Town And State Where The Covered Auto Will Be Principally Garaged: |
|---|---|---|---|---|---|
| | Original Cost New: | Actual Cost New Or Used: | New | Used | |
| 1 | | | ☐ | ☐ | |
| 2 | | | ☐ | ☐ | |
| 3 | | | ☐ | ☐ | |
| 4 | | | ☐ | ☐ | |
| 5 | | | ☐ | ☐ | |

| Covered Auto No. | Classification |||||| Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss: |
|---|---|---|---|---|---|---|---|
| | Radius Of Operation | Business Use s = service r = retail c = commercial | Size GVW, GCW or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code | |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |

Coverages-Premiums, Limits And Deductibles
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| Covered Auto No. | COVERED AUTOS LIABILITY || PERSONAL INJURY PROTECTION || ADDED PERSONAL INJURY PROTECTION || PROPERTY PROTECTION INSURANCE (Michigan Only) ||
|---|---|---|---|---|---|---|---|---|
| | Limit | Premium | Limit Stated In Each P.I.P. Endorsement Minus Deductible | Premium | Limit Stated In Each Added P.I.P. Endorsement | Premium | Limit Stated In P.P.I. Endorsement Minus Deductible | Premium |
| 1 | STATED | IN | DECLARATIONS | | ITEM TWO | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| Total Premium | | | | | | | | |

Coverages-Premiums, Limits And Deductibles
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| Covered Auto No. | AUTO MEDICAL PAYMENTS EACH INSURED || MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia Only) || | |
|---|---|---|---|---|---|---|
| | Limit | Premium | Limit Stated In The Medical Expense And Income Loss Benefits End. For Each Person | Premium | | |
| 1 | STATED | IN | DECLARATIONS | | ITEM TWO | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| Total Premium | | | | | | |

Coverages-Premiums, Limits And Deductibles
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| Covered Auto No. | COMPREHENSIVE || SPECIFIED CAUSES OF LOSS || COLLISION || TOWING AND LABOR ||
|---|---|---|---|---|---|---|---|---|
| | Limit Stated in ITEM TWO Minus Deductible | Premium | Limit Stated In ITEM TWO Minus Deductible | Premium | Limit Stated In ITEM TWO Minus Deductible | Premium | Limit Per Disablement | Premium |
| 1 | NOT APPLICABLE | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| Total Premium | | | | | | | | |

CA DEC GN 0003 01 16    Includes copyrighted material from Insurance Services Office, Inc. used with its permission.    Page 2 of 5

Z 35726 40    Ryder System, Inc.    10/01/2018 - 10/01/2019

**ORIC00023**

**BUSINESS AUTO DECLARATIONS (Continued)**

**ITEM FOUR**
**SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS**

| Covered Autos Liability Coverage - Cost Of Hire Rating Basis For Autos Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment) | | |
|---|---|---|
| Covered Autos Liability Coverage | Estimated Annual Cost Of Hire For All States | Premium |
| Primary Coverage | | Included |
| Excess Coverage | | |
| | Total Hired Auto Premium | Included |

For "autos" used in your motor carrier operations, cost of hire means:
1. The total dollar amount of costs you incurred for the hire of automobiles (includes "trailers" and semitrailers), and if not included therein,
2. The total remunerations of all operators and drivers' helpers, of hired automobiles whether hired with a driver by lessor or an "employee" of the lessee, or any other third party, and
3. The total dollar amount of any other costs (e.g., repair, maintenance, fuel, etc.) directly associated with operating the hired automobiles whether such costs are absorbed by the "insured", paid to the lessor or owner, or paid to others.

| Covered Autos Liability Coverage - Cost Of Hire Rating Basis For Autos NOT Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment) | | | |
|---|---|---|---|
| Covered Autos Liability Coverage | State | Estimated Annual Cost Of Hire For Each State | Premium |
| Primary Coverage | | | Included |
| Excess Coverage | | | |
| | | Total Hired Auto Premium | Included |

For "autos" **NOT** used in your motor carrier operations, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

| Physical Damage Coverages - Cost of Hire Rating Basis For All Autos (Other Than Mobile Or Farm Equipment) | | | | |
|---|---|---|---|---|
| Coverage | State | Limit Of Insurance | Estimated Annual Cost Of Hire For Each State (Excluding Autos Hired With A Driver) | Premium |
| Comprehensive | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus  $          Deductible For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning. | | |
| Specified Causes Of Loss | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus  $          Deductible For Each Covered Auto For Loss Caused By Mischief Or Vandalism. | | |
| Collision | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus  $          Deductible For Each Covered Auto. | | |
| | | | Total Hired Auto Premium | |

For Physical Damage coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any "auto" that is leased, hired, rented or borrowed with a driver.

| Cost Of Hire Rating Basis For Mobile Or Farm Equipment - Other Than Physical Damage Coverages | | | | | |
|---|---|---|---|---|---|
| Coverage | State | Estimated Annual Cost Of Hire For Each State | | Premium | |
| | | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Covered Autos Liability - Primary Coverage | | | | | |
| Covered Autos Liability - Excess Coverage | | | | | |
| Personal Injury Protection | | | | | |
| Medical Expense Benefits (Virginia Only) | VA | | | | |
| Income Loss Benefits (Virginia Only) | VA | | | | |
| Auto Medical Payments | | | | | |
| | | Total Hired Auto Premiums | | | |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

CA DEC GN 0003 01 16    Includes copyrighted material from Insurance Services Office, Inc. used with its permission.    Page 3 of 5

Z 35726 40    Ryder System, Inc.    10/01/2018 - 10/01/2019

ORIC00024

**BUSINESS AUTO DECLARATIONS (Continued)**

**ITEM FOUR**
**SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS (Continued)**

| | | | Cost Of Hire Rating Basis For Mobile Or Farm Equipment - Physical Damage Coverages | | | |
|---|---|---|---|---|---|---|
| | | | Estimated Annual Cost Of Hire For Each State (Excluding Autos Hired With A Driver) | | Premium | |
| Coverage | State | Limit Of Insurance | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Comprehensive | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $         Ded. For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning | | | | |
| Specified Causes Of Loss | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $         Ded. For Each Covered Auto For Loss Caused By Mischief Or Vandalism | | | | |
| Collision | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $         Ded. For Each Covered Auto | | | | |
| | | | | Total Hired Auto Premiums | | |

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any auto that is leased, hired, rented or borrowed with a driver.

| | | Rental Period Rating Basis For Mobile Or Farm Equipment | | | |
|---|---|---|---|---|---|
| | | Estimated Number Of Days Equipment Will Be Rented | | Premium | |
| Coverage | Town And State Where The Job Site Is Located | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Covered Autos Liability - Primary Coverage | | | | | |
| Covered Autos Liability - Excess Coverage | | | | | |
| Personal Injury Protection | | | | | |
| Medical Expense Benefits (Virginia Only) | VA | | | | |
| Income Loss Benefits (Virginia Only) | VA | | | | |
| Auto Medical Payments | | | | | |
| | | | Total Hired Auto Premiums | | |

**ITEM FIVE**
**SCHEDULE FOR NON-OWNERSHIP COVERED AUTOS LIABILITY INCLUDED IN ITEM TWO, LIABILITY COVERAGE**

| Named Insured's Business | Rating Basis | Number | Premium |
|---|---|---|---|
| Other Than Garage Service Operations And Other Than Social Service Agencies | Number Of Employees | | INCLUDED |
| | Number Of Partners (Active And Inactive) | | |
| Garage Service Operations | Number Of Employees Whose Principal Duty Involves The Operation Of Autos | | |
| | Number Of Partners (Active And Inactive) | | |
| Social Service Agencies | Number Of Employees | | |
| | Number Of Volunteers Who Regularly Use Autos To Transport Clients | | |
| | Number of Partners (Active And Inactive) | | |
| | Total Non-ownership Covered Autos Premium | | INCLUDED |

**BUSINESS AUTO DECLARATIONS (Continued)**

**ITEM SIX**
**SCHEDULE FOR GROSS RECEIPTS OR MILEAGE BASIS**

Address of Business Headquarters Location:

| Type Of Risk (Check one): | ☐ Public Autos | ☐ Leasing Or Rental Concerns |
|---|---|---|
| Rating Basis (Check one): | ☐ Gross Receipts (Per $100) | ☐ Mileage (Per Mile) |

Estimated Yearly (Gross Receipts Or Mileage):

| | Premiums |
|---|---|
| Covered Autos Liability | |
| Personal Injury Protection | |
| Added Personal Injury Protection | |
| Property Protection Insurance (Michigan Only) | |
| Auto Medical Payments | |
| Medical Expense And Income Loss Benefits (Virginia Only) | |
| Comprehensive | |
| Specified Causes Of Loss | |
| Collision | |
| Towing And Labor | |

When used as a premium basis:

**FOR PUBLIC AUTOS**

Gross receipts means the total amount earned by the named insured for transporting passengers, mail and merchandise.

Gross Receipts does not include:

1. Amounts paid to air, sea or land carriers operating under their own permits.

2. Advertising revenue.

3. Taxes collected as a separate item and paid directly to the government.

4. C.O.D. collections for cost of mail or merchandise including collection fees.

Mileage means the total live and dead mileage of all revenue producing "autos" during the policy period.

**FOR RENTAL OR LEASING CONCERNS**

Gross receipts means the total amount earned by the named insured for the leasing or renting of "autos" to others without drivers.

Mileage means the total live and dead mileage of all "autos" you leased or rented to others without drivers.

CA DEC GN 0003 01 16     Includes copyrighted material from Insurance Services Office, Inc. used with its permission.     Page 5 of 5

Z 35726 40     Ryder System, Inc.     10/01/2018 - 10/01/2019

ORIC00026