EXHIBIT 11

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FREDDIE CAGLE,<br><br>  Plaintiff,<br><br>vs.<br><br>NATIONAL INDEMNITY COMPANY OF THE SOUTH and OLD REPUBLIC INSURANCE COMPANY,<br><br>  Defendants. | CIVIL ACTION FILE NO.:<br>2:23-cv-140-RWS |

### DEFENDANT NATIONAL INDEMNITY COMPANY OF THE SOUTH'S RESPONSE TO PLAINTIFF'S REQUESTS FOR ADMISSION

National Indemnity Company of the South ("NICO") responds to Plaintiff's Requests for Admission as follows:

### REQUESTS FOR ADMISSION

1.

Admit National Indemnity took no action to retire as the surety for One Way before July 16, 2019.

**RESPONSE: NICO admits it did not make a filing to cancel its MCS-90 endorsement prior to July 16, 2019; its MCS-90 endorsement was cancelled by replacement effective June 14, 2019, pursuant to 49 C.F.R. § 387.313(e) when Old Republic Insurance Company made a financial responsibility filing for**

1

**One Way Hauling Express Co. NICO denies any remaining allegations in this request.**

2.

Admit National Indemnity did not notify One Way of its desire or intention to retire as the surety for One Way before July 16, 2019.

**RESPONSE: NICO admits only that no decision as to cancellation of its MCS-90 endorsement was made before July 16, 2019. NICO denies any remaining allegations in this request.**

3.

Admit One Way was a for-hire motor carrier on July 16, 2019.

**RESPONSE: Admit.**

4.

Admit One Way was not a motor private carrier [sic] on July 16, 2019.

**RESPONSE: Admit.**

5.

Admit the amount of the limits of National Indemnity's MCS-90 endorsement issued to One Way is $750,000.00.

**RESPONSE: Admit.**

6.

Admit that should the Court determine National Indemnity has MCS-90 liability for the judgment against One Way, National Indemnity would be liable to pay $750,000.00 of the judgment.

**RESPONSE: NICO admits that if the Court determines that NICO's MCS-90 issued to One Way has been triggered, the limit of its exposure is $750,000.00. NICO denies any remaining allegations in this request.**

This 6th day of June, 2024.

| | |
|---|---|
| **BARCLAY DAMON, LLP**<br>1270 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 784-5800<br>lrabinovich@barclaydamon.com | /s/ Larry J. Rabinovich<br>LAURENCE J. RABINOVICH<br>New York Bar No.: 2033231<br>*Admitted via Pro Hac Vice* |
| **BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC**<br>Monarch Plaza, Suite 1500<br>3414 Peachtree Road NE<br>Atlanta, Georgia 30326<br>Telephone: (404) 577-6000<br>Facsimile: (404) 221-6501<br>mbarber@bakerdonelson.com<br>mdemasi@bakerdonelson.com | /s/ Melody H. Demasi<br>MARK A. BARBER<br>Georgia Bar No. 036875<br>MELODY H. DEMASI<br>Georgia Bar No. 988861<br><br>*Attorneys for Defendant National Indemnity Company of the South* |

3

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing **DEFENDANT NATIONAL INDEMNITY COMPANY OF THE SOUTH'S RESPONSE TO PLAINTIFF'S REQUESTS FOR ADMISSION** by email addressed to the following counsel of record:

| | |
|---|---|
| Danny R. Ellis<br>Truck Wreck Justice, PLLC<br>1419 Market Street<br>Chattanooga, TN 37402<br>danny@truckwreckjustice.com | Mark Alexander<br>Stewart, Melvin & Frost, LLP<br>P.O. Box 3280<br>Gainesville, Georgia 30503<br>malexander@smf-law.com |
| Andrew Gould<br>Princenthal, May & Wilson, LLC<br>750 Hammond Dr., Bldg. 12<br>Sandy Springs, Georgia 30328<br>andrew@princemay.com | Terry O. Brantley<br>Dahlin A. Fields<br>Swift, Currie, McGhee & Hiers, LLP<br>1420 Peachtree Street, Suite 800<br>Atlanta, Georgia 30309<br>terry.brantley@swiftcurrie.com<br>dahlin.fields@swiftcurrie.com |

This 6th day of June, 2024.

**BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC**

Monarch Plaza, Suite 1500
3414 Peachtree Road NE
Atlanta, Georgia 30326
Telephone: (404) 577-6000
Facsimile: (404) 221-6501
Email: mdemasi@bakerdonelson.com

 /s/   *Melody H. Demasi*
MELODY H. DEMASI
Georgia Bar No. 988861
*Attorney for Defendant National Indemnity Company of the South*