```
                    IN THE UNITED STATES DISTRICT COURT
                    IN THE NORTHERN DISTRICT OF GEORGIA
                           GAINESVILLE DIVISION


                                         )
FREDDIE CAGLE,                           )
                                         )
         Plaintiff,                      ) CIVIL ACTION
                                         ) NO. 2:21-cv-00052-RWS
             vs.                         )
                                         )
WESCO INSURANCE COMPANY,                 )
KING'S WAY USA TRANSPORT,                )
FIRST TIME TRANSPORT, INC.,              )
and ISIDRO ALEX LOBAINA                  )
LOYOLA                                   )
         Defendants.                     )
-------------------------------/
```

Videotaped, Stenographic, and Telephonic Deposition of ISIDRO ALEX LOBAINA LOYOLA, taken on behalf of Defendants, pursuant to the stipulations set forth below, before Meg Armistead, Certified Court Reporter, at 900 Circle 75 Parkway, Suite 1040, Atlanta, Georgia, commencing at the hour of 10:00 a.m., Friday, June 25, 2021.

```
                    BULL & ASSOCIATES, INC.
                  COURT AND DEPOSITION REPORTERS
            315 West Ponce de Leon Avenue, Suite 650
                      Decatur, Georgia 30030
                         (404) 256-2886
```

Isidro Alex Lobaina Loyola
June 25, 2021

| | | |
|---|---|---|
| 1 | Q | But was the name of the school The CDL School? |
| 2 | A | I cannot remember that. |
| 3 | Q | When you were working for Isobel and Ariel, did you own your own truck? |
| 5 | A | I was working with those trucks.  My truck was stored.  My truck, I left it in the yard.  It's being stored there. |
| 8 | Q | So when you worked for Isobel and Ariel, they assigned you a truck? |
| 10 | A | Yes; I drove their trucks. |
| 11 | Q | Would you be assigned a specific truck? |
| 12 | A | Yeah.  They always give you one, but if it would be -- get broken, they will give you another one. |
| 14 | Q | So the truck that you were driving in 2019 at the time of this wreck was a 2014 Freightliner.  How long had you been driving that 2014 Freightliner? |
| 17 | A | A little time.  It was two weeks or three, maybe four weeks, a month, because I used to drive a green one, and they sold it. |
| 20 | Q | Do you remember what type of truck the green one was? |
| 22 | A | I think it was a Sentry Freightliner, I think.  I don't remember. |
| 24 | Q | Do you remember the tag number? |
| 25 | A | No. |