# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FREDDIE CAGLE,<br><br>  Plaintiff,<br><br>vs.<br><br>NATIONAL INDEMNITY COMPANY OF THE SOUTH and OLD REPUBLIC INSURANCE COMPANY,<br><br>  Defendants. | Notice of Appeal<br><br>Civil Action File No.:<br>2:23-cv-00140-RWS |

Notice is hereby given that Defendant National Indemnity Company of the South appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's Order granting Plaintiff's Motion for Reconsideration, as entered on April 29, 2025 (Dkt. No. 119), this Court's Order on the parties' Motions for Summary Judgment, as entered on January 29, 2025 (Dkt. No. 113), and the final Amended Judgment, as entered on April 29, 2025 (Dkt. No. 120).

[Signatures on the following page]

1

Respectfully submitted this 19th day of May, 2025.

| | |
|---|---|
| **BARCLAY DAMON, LLP**<br>1270 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 784-5800<br>lrabinovich@barclaydamon.com | */s/ Laurence J. Rabinovich*<br>LAURENCE J. RABINOVICH<br>New York Bar No.: 2033231<br>*Admitted Pro Hac Vice* |
| **BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC**<br>Monarch Plaza, Suite 1500<br>3414 Peachtree Road NE<br>Atlanta, Georgia 30326<br>Telephone:  (404) 577-6000<br>Facsimile:   (404) 221-6501<br>mbarber@bakerdonelson.com<br>mdemasi@bakerdonelson.com | */s/  Melody H. Demasi*<br>MARK A. BARBER<br>Georgia Bar No. 036875<br>MELODY H. DEMASI<br>Georgia Bar No. 988861<br><br>*Attorneys for Defendant National Indemnity Company of the South* |

## **CERTIFICATE OF SERVICE AND COMPLIANCE**

I certify that this pleading complies with LR 5.1 and 7.1 as to font, spacing, and margins. I further certify that I served a copy of the foregoing **NATIONAL INDEMNITY COMPANY OF THE SOUTH'S NOTICE OF APPEAL** via CM/ECF to the following attorneys of record:

Danny R. Ellis
Truck Wreck Justice, PLLC
1419 Market Street
Chattanooga, TN 37402
danny@truckwreckjustice.com

Andrew Gould
Princenthal, May & Wilson, LLC
750 Hammond Dr., Bldg. 12
Sandy Springs, Georgia 30328
andrew@princemay.com

Mark Alexander
Stewart, Melvin & Frost, LLP
P.O. Box 3280
Gainesville, Georgia 30503
malexander@smf-law.com

Benjamin Yancey
Terry O. Brantley
Marsh Atkinson & Brantley
271 17th Street NW, Ste. 1600
Atlanta, Georgia 30363
ben.yancey@mablawfirm.com
terry.brantley@mablawfirm.com

This 19th day of May, 2025.

Monarch Plaza, Suite 1500
3414 Peachtree Road NE
Atlanta, Georgia 30326
Telephone: (404) 577-6000
Facsimile: (404) 221-6501
Email: mdemasi@bakerdonelson.com

**BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC**

 /s/   Melody H. Demasi
MELODY H. DEMASI
Georgia Bar No. 988861
*Attorney for Defendant National Indemnity Company of the South*