# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 01, 2025

Clerk - Northern District of Georgia
U.S. District Court
121 SPRING ST SE
STE 201
GAINESVILLE, GA 30501

Appeal Number: 25-11778-AA
Case Style: Freddie Cagle v. National Indemnity Company of the South, et al
District Court Docket No: 2:23-cv-00140-RWS

***This dismissal applies to the appeal and cross appeal of Appellant-Cross Appellee Old Republic Insurance Company and Appellee-Cross Appellant Freddie Cagle only.***

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 25-11778-AA

_____

FREDDIE CAGLE,

                                      Plaintiff - Appellee,
                                      Cross-Appellant,

versus

NATIONAL INDEMNITY COMPANY OF THE SOUTH,
OLD REPUBLIC INSURANCE COMPANY,

                                      Defendants - Appellants,
                                      Cross-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ORDER: Notice of Joint Stipulation of Dismissal filed by Appellee-Cross Appellant Freddie Cagle is GRANTED by clerk; Notice of Joint Stipulation of Dismissal filed by Appellant-Cross Appellee Old Republic Insurance Company is GRANTED by clerk.

Effective August 01, 2025.

                                      DAVID J. SMITH
                        Clerk of Court of the United States Court
                           of Appeals for the Eleventh Circuit

                                                        FOR THE COURT - BY DIRECTION